IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| QUENTIN CANNON, | § | |
| | § | No. 351, 2019 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below – Superior Court |
| | § | of the State of Delaware |
| STATE OF DELAWARE, | § | |
| | § | Cr. ID No. 1310017689 (N) |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: February 12, 2020
Decided:   February 28, 2020
Corrected: March 18, 2020

Before **VALIHURA**, **VAUGHN**, and **MONTGOMERY-REEVES**, Justices.

# **O R D E R**

On this 28th day of February, 2020, the Court, having considered this matter on the briefs filed by the parties, has determined that the judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its opinion dated July 9, 2019.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Tamika R. Montgomery-Reeves*
Justice